SARAH RUSS, Appellant, *v.* MADELINE RUSS, Respondent.

(Argued December 6, 1933; decided January 9, 1934.)

*Herman Horowitz, Benjamin Algase* and *Edward J. Knitzer* for appellant.

*Sol A. Hyman* and *Milton H. Greenwald* for respondent.

Judgment reversed and judgment for appellant directed with costs in all courts, on the ground that there is no substantial evidence to sustain the judgment; no opinion.

Concur: CRANE, LEHMAN, HUBBS and CROUCH, JJ. Dissenting: POUND, Ch. J., KELLOGG and O'BRIEN, JJ.